## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE HAYNES,<br><br>                           Plaintiff,<br><br>-against-<br><br>AMAZON.COM SERVICES, LLC.,<br><br>                          Defendant. | Case No. 3:21-CV-00343-KAD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Stephanie Haynes ("Plaintiff") and Amazon.com Services, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily dismissed in its entirety with prejudice, and without costs or attorneys' fees.

Dated: July 29, 2021

THE LAW OFFICES OF WYATT & ASSOCIATES P.L.L.C.

By: /s/ *Michael Varraso MD*
Michael R. Varraso (ct439521)
17 Elm Street, Suite C211
Keene, NH 03431
Telephone: (603) 357-1112
mvarraso@wyattlegalservices.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Christopher Wasil*
Michael D. Blanchard (ct25891)
Christopher M. Wasil (ct28578)
One State Street
Hartford, CT 06103-3178
Telephone: 860.240.2700
Fax: 860.240.2701
Email: michael.blanchard@morganlewis.com

Douglas T. Schwarz (*admitted pro hac vice*)
Ashley J. Hale (*admitted pro hac vice*)
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
douglas.scwarz@morganlewis.com
ashley.hale@morganlewis.com
*Attorneys for Defendant*

8

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 1, 2021, a copy of the foregoing was filed electronically and served upon all counsel of record via operation of the Court's CM/ECF System or by mail upon anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                                    */s/ Christopher M. Wasil*
                                                   Christopher M. Wasil